Matter of Volta
2026 NY Slip Op 04030
June 25, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Armand Joseph Volta Jr., an Attorney. (Attorney Registration No. 3042777)

Decided and Entered:June 25, 2026
PM-133-26
Calendar Date: June 22, 2026
Before: Clark, J.P., Ceresia, Mcshan, Mackey And Ryba, JJ.

Armand Joseph Volta Jr., Catonsville, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]
Per Curiam.
Armand Joseph Volta Jr. was admitted to practice by this Court in 2000 and lists a business address in Catonsville, Maryland with the Office of Court Administration. Volta now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Volta's application.
Upon reading Volta's affidavit sworn to April 28, 2026 and filed May 4, 2026, and upon reading the June 15, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Volta is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Ceresia, McShan, Mackey and Ryba, JJ., concur.
ORDERED that Armand Joseph Volta Jr.'s application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Armand Joseph Volta Jr.'s name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Armand Joseph Volta Jr. is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Volta is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Armand Joseph Volta Jr. shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.